```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08708
   STORMY A URBASZEWSKI
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4207


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was not confirmed.

     The case was dismissed without confirmation 11/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------

ADDISON EMERGENCY PHYSIC  UNSEC W/INTER NOT FILED              .00           .00
ADDISON EMERGENCY PHYSIC  UNSEC W/INTER NOT FILED              .00           .00
ADDISON RADIOLOGY         NOTICE ONLY   NOT FILED              .00           .00
ADVANCED RADIOLOGY ASSOC  UNSEC W/INTER NOT FILED              .00           .00
ADVANCED RADIOLOGY ASSOC  UNSEC W/INTER NOT FILED              .00           .00
ADVANCED RADIOLOGY ASSOC  UNSEC W/INTER NOT FILED              .00           .00
ADVANCED RADIOLOGY ASSOC  NOTICE ONLY   NOT FILED              .00           .00
ADVOCATE MEDICAL GROUP    NOTICE ONLY   NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1493.01              .00           .00
ARMOR SYSTEMS CORP        UNSEC W/INTER NOT FILED              .00           .00
ARMOR SYSTEMS CORP        UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00           .00
LVNV FUNDING              UNSEC W/INTER   4572.29              .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    250.00              .00           .00
CITY OF CHICAGO DEPT OF   UNSEC W/INTER NOT FILED              .00           .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY   NOT FILED              .00           .00
CITY OF CHICAGO BUREAU P  UNSEC W/INTER NOT FILED              .00           .00
COLE LUNDQUIST MD         NOTICE ONLY   NOT FILED              .00           .00
DES PLAINES RADIOLOGY SC  NOTICE ONLY   NOT FILED              .00           .00
DIAGNOSTIC NEUROLOGY      NOTICE ONLY   NOT FILED              .00           .00
ENH MEDICAL GROUP         UNSEC W/INTER NOT FILED              .00           .00
ENH MEDICAL GROUP         UNSEC W/INTER NOT FILED              .00           .00
ENH RADIOLOGY             UNSEC W/INTER NOT FILED              .00           .00
ENH RADIOLOGY             UNSEC W/INTER NOT FILED              .00           .00
ER SOLUTIONS              UNSEC W/INTER NOT FILED              .00           .00
ENH MEDICAL GROUP         UNSEC W/INTER NOT FILED              .00           .00
EVANSTON NORTHWESTERN HE  UNSEC W/INTER NOT FILED              .00           .00
GASTROENTERLOGY & LIVER   NOTICE ONLY   NOT FILED              .00           .00
GEORGE MILANEZ MD         NOTICE ONLY   NOT FILED              .00           .00
GOOD SAMARITAN HOSPITAL   UNSEC W/INTER NOT FILED              .00           .00
GOOD SAMARITAN HOSPITAL   UNSEC W/INTER NOT FILED              .00           .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08708 STORMY A URBASZEWSKI
```

```
LUTHERAN GENERAL HOSPITA  UNSEC W/INTER NOT FILED                    .00           .00
LUTHERAN GENERAL HOSPITA  UNSEC W/INTER NOT FILED                    .00           .00
HARVARD COLLECTION SERVI  UNSEC W/INTER NOT FILED                    .00           .00
HOLY FAMILY MEDICAL CTR   UNSEC W/INTER NOT FILED                    .00           .00
HOLY FAMILY MEDICAL CENT  UNSEC W/INTER NOT FILED                    .00           .00
HOLY FAMILY MEDICAL CENT  UNSEC W/INTER NOT FILED                    .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     775.70                   .00           .00
HSBC NV/GM CARD           UNSEC W/INTER NOT FILED                    .00           .00
IL BONE & JOINT INSTITUT  NOTICE ONLY   NOT FILED                    .00           .00
ADVOCATE MEDICAL GROUP    UNSEC W/INTER NOT FILED                    .00           .00
ADVOCATE MEDICAL GROUP    UNSEC W/INTER NOT FILED                    .00           .00
ILLINOIS ORTHO & HAND     NOTICE ONLY   NOT FILED                    .00           .00
JONATHAN GAMZE MD         UNSEC W/INTER NOT FILED                    .00           .00
JONATHAN GAMZE MD         NOTICE ONLY   NOT FILED                    .00           .00
NORTHSHORE LUNG SPECIALI  UNSEC W/INTER NOT FILED                    .00           .00
NORTHSHORE LUNG SPECIALI  UNSEC W/INTER NOT FILED                    .00           .00
CHASE BANK USA NA         UNSEC W/INTER     996.66                   .00           .00
KOHLS                     UNSEC W/INTER NOT FILED                    .00           .00
DIAGNOSTIC IMAGING ASSOC  UNSEC W/INTER NOT FILED                    .00           .00
DIAGNOSTIC IMAGING ASSOC  UNSEC W/INTER NOT FILED                    .00           .00
NORTHWEST GENERAL SURGEO  UNSEC W/INTER NOT FILED                    .00           .00
NORTHWEST GENERAL SURGEO  UNSEC W/INTER NOT FILED                    .00           .00
NORTHWEST ORTHOPEDICS AS  UNSEC W/INTER NOT FILED                    .00           .00
MIDWEST DIAGNOSTIC PATHO  NOTICE ONLY   NOT FILED                    .00           .00
MORTON GROVE MEDICAL IMA  NOTICE ONLY   NOT FILED                    .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED                    .00           .00
RESURRECTION MEDICAL CEN  NOTICE ONLY   NOT FILED                    .00           .00
QUEST DIAGNOSTIC          NOTICE ONLY   NOT FILED                    .00           .00
RESURRECTION MEDICAL CEN  UNSEC W/INTER NOT FILED                    .00           .00
ILLINOIS COLLECTION SYST  UNSEC W/INTER NOT FILED                    .00           .00
MALCOLM S GERALD & ASSOC  UNSEC W/INTER NOT FILED                    .00           .00
RESURRECTION MEDICAL CEN  UNSEC W/INTER NOT FILED                    .00           .00
REVENUE PRODUCTION MGT    UNSEC W/INTER NOT FILED                    .00           .00
REVENUE PRODUCTION MANAG  UNSEC W/INTER NOT FILED                    .00           .00
RMC PATHOLOGY ASSOCIATES  NOTICE ONLY   NOT FILED                    .00           .00
LVNV FUNDING LLC          UNSEC W/INTER    3537.50                   .00           .00
SEARS ROEBUCK & CO        UNSEC W/INTER NOT FILED                    .00           .00
FLEET CREDIT CARD SERVIC  UNSEC W/INTER NOT FILED                    .00           .00
LVNV FUNDING              UNSEC W/INTER NOT FILED                    .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER NOT FILED                    .00           .00
SIMM ASSOCIATES INC       UNSEC W/INTER NOT FILED                    .00           .00
SLAWOMIR S DABROWSKI MD   NOTICE ONLY   NOT FILED                    .00           .00
SUPERIOR AMBULANCE SERVI  NOTICE ONLY   NOT FILED                    .00           .00
TALCOTT ANESTHESIOLOGIST  NOTICE ONLY   NOT FILED                    .00           .00
TED J JAGIELO MD          UNSEC W/INTER NOT FILED                    .00           .00
TED J JAGIELO MD          UNSEC W/INTER    4254.06                   .00           .00
TRIPLE TAKE LAWN CARE     UNSEC W/INTER NOT FILED                    .00           .00
VERIZON WIRELESS          UNSEC W/INTER NOT FILED                    .00           .00
MIRACLE FINANCIAL INC     UNSEC W/INTER NOT FILED                    .00           .00

                       PAGE  2 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 08708 STORMY A URBASZEWSKI
```

```
VILLAGE OF MT PROSPECT     NOTICE ONLY   NOT FILED              .00             .00
WOLTER PLUMBING            UNSEC W/INTER NOT FILED              .00             .00
WOMEM FIRST SC             NOTICE ONLY   NOT FILED              .00             .00
CAS GREENWAY LANDSCAPING   NOTICE ONLY   NOT FILED              .00             .00
LUTHERAN GENERAL HOSPITA   UNSEC W/INTER NOT FILED              .00             .00
AMERICAN GENERAL FINANCE   SECURED              .00             .00             .00
AMERICAN GENERAL FINANCE   NOTICE ONLY   NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE        .00             .00             .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY   NOT FILED              .00             .00
FORD MOTOR CREDIT          SECURED VEHIC        .00             .00             .00
FORD MOTOR CREDIT          UNSEC W/INTER NOT FILED              .00             .00
BANK OF NEW YORK           NOTICE ONLY   NOT FILED              .00             .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER    3106.63             .00             .00
LEDFORD & WU               DEBTOR ATTY     2,538.00                         1,299.20
TOM VAUGHN                 TRUSTEE                                            100.80
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,400.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,299.20
TRUSTEE COMPENSATION                                 100.80
DEBTOR REFUND                                           .00
                      ---------------      ---------------
TOTALS                    1,400.00             1,400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/24/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   3
          CASE NO. 08 B 08708 STORMY A URBASZEWSKI